Case 4:25-cr-00415    Document 56    Filed on 09/30/25 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. 4:25-CR-00415-001 |
| § | |
| RAMON ALEXANDRO ROVIROSA § | |
| MARTINEZ § | |

### ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE OUT OF TIME MOTIONS TO DISMISS AND SEVER

This matter having come before the Court on the Defendant's motion for leave to file out of time motions to dismiss and sever under Rule 45(b)(1) and Rule 12(c)(3) of the Federal Rules of Criminal Procedure [ECF 34]; and the Court have considered the parties' submissions and counsel's arguments;

It is hereby **ORDERED** that the Defendant's motion for leave is **GRANTED**, and the defendant may file motions to dismiss and sever.

It is so **ORDERED**.

SIGNED on September 30, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge