Case 4:25-cr-00415   Document 57   Filed on 09/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| VS. | § CRIMINAL NO. 4:25-CR-00415 |
| | § |
| RAMON ALEXANDRO ROVIROSA MARTINEZ, *et al.*, | § |
| | § |
| Defendants. | § |

## **ORDERS**

Pursuant to the pre-trial conference conducted on September 29, the Court enters the following Orders:

1) The parties are directed to meet and confer regarding the government's and defendant's exhibit and witness lists and be prepared to inform the Court of the outcome on Monday, October 6, at 11:30 a.m.;

2) the defendant's motion to strike [DE 29] that concerns language in the government's filings concerning condition of release in reference to the defendant, Rovirosa, its prejudicial and improper nature, it is Denied. The parties are, nevertheless, admonished that any such terms or language (cartel) while possibly appropriate for arguments concerning release are inappropriate for trial and will not be tolerated from either party;

3) the defendant's motion concerning discovery and a "bill of particulars" has been resolved and is, therefore, Moot;

4) the defendant's motion for leave to file "out-of-town" motions to dismiss and sever [DE 34] is Granted; and,

5) the defendant second filed motion to dismiss based on "the government's outrageous, intentional, and unconstitutional actions in violation of the Fifth and Sixth Amendments is Denied. Here, the defendant argues that the government's case presents a false narrative suggesting that the FCPA evolved from a "Mexican drug cartel" investigation and that the defendant was an associate.

The Court has already addressed this claim and simply repeats, such language and inferences will not be tolerated in this trial from either party. The defendant's motion to dismiss is Denied.

The government has filed a motion *in limine* and to admit certain documents. The Court received argument on these motions and determines that to grant the government's motions would be premature in light of the defendant's objections. Moreover, the Court orally Ordered the parties to meet and confer regarding all exhibits.

The Court has Ordered the parties to participate in a telephonic conference on Thursday, October 2, 2025, at 2:00 p.m.

It is so Ordered.

SIGNED on September 30, 2025, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge