# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                        Case Number: 4:25−cr−00415

Ramon Alexandro Rovirosa Martinez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 11A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 10/6/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Status Conference

Date:    October 2, 2025

Nathan Ochsner, Clerk