UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| VS. | § § | CRIMINAL ACTION NO. 4:25-CR-00415 |
| RAMON ALEXANDRO ROVIROSA MARTINEZ, *et al.*, | § § § § | |
| Defendants. | § | |

## ORDER FOR LIMITED BRIEFING REGARDING DEFENDANT'S MOTIONS FOR DISMISSAL AND/OR ACQUITTAL

Before the Court are the defendant's motions for Rule 29(a) dismissal and for acquittal. Also before the Court are the government responses. After careful review of the motions and responses, the Court determines that clarification is necessary in three areas:

a) When, if ever, do WhatsApp and email transmissions become testimonial, as opposed to instances of translations of a foreign language conversation?

b) When, if ever, do government translations of written foreign communications become admissible and under what federal rules of evidence? The Court seeks case precedent over arguments.

c) Who translated the WhatsApp and email transmissions from the defendant's device? Are there certificates to support translations? What rules support admission?

It is ORDERED that within 15 days, the defendant and the government shall respond with case law to support limited arguments.

SIGNED on February 9, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge