## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                            Case Number: 4:25−cr−00415

Ramon Alexandro Rovirosa Martinez

---

### NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

**Before the Honorable**

Kenneth M Hoyt

**PLACE:**
Courtroom 8B
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 4/14/2026

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Miscellaneous Hearing

Date: April 11, 2026

Nathan Ochsner, Clerk
by C. Horace, Deputy Clerk