**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL ACTION NO.** |
| | § | **4:25-CR-00415** |
| **RAMON ALEXANDRO ROVIROSA** | § | |
| **MARTINEZ** | § | |

**DEFENDANT'S MOTION TO TERMINATE CONDITIONS OF RELEASE,
EXONERATE BOND, AND RETURN PASSPORT AND POSTED SECURITY**

Defendant Ramon Alexandro Rovirosa Martinez ("Mr. Rovirosa"), moves this Court to terminate all conditions of pretrial release, exonerate the bond, release him from all related restrictions and obligations, order the return of any passport previously surrendered, and order the return of all funds, collateral, and property posted as security.

On August 13, 2025, the Court entered an Order Setting Conditions of Release (Dkt. 20). Those conditions included, among others: an appearance bond; the posting of funds, collateral, and property as security; surrender of Mr. Rovirosa's U.S. and/or foreign passport to the United States Pretrial Services Agency; travel restrictions; reporting requirements; prohibitions on possessing firearms, excessive alcohol, controlled substances, and CBD products; and other conditions. Mr. Rovirosa has at all times complied with these conditions.

On April 14, 2026, the Court entered its Memorandum and Order Dismissing Indictment and Granting an Acquittal (Dkt. 147). The Court granted Mr. Rovirosa's motion to dismiss the Indictment pursuant to Fed. R. Crim. Pro. 29(c); or alternatively, to acquit Mr. Rovirosa of all charges based on a lack of evidence to support his conviction in violation of the Confrontation Clause of the Sixth Amendment.

The conditions of release imposed by the Court should be terminated. The bond should be exonerated, all posted security should be returned, and Mr. Rovirosa should be released from all related restrictions and obligations.

Accordingly, Mr. Rovirosa respectfully requests that the Court enter an order:

(a) terminating all conditions of pretrial release set forth by the Court at Dkt. 20 and releasing Mr. Rovirosa from any and all related restrictions and obligations;

(b) exonerating the appearance bond and any surety thereon;

(c) directing the Clerk of the Court to return all cash and property posted in connection with this case, reconvey any real property pledged as security, and release any and all liens or encumbrances related thereto; and

(d) directing the United States Pretrial Services Agency to return to Mr. Rovirosa, or to undersigned counsel on his behalf, any U.S. or foreign passport previously surrendered pursuant to Dkt. 20.

R. MCCONNELL GROUP

By: */s/ Ryan D. McConnell*
Ryan D. McConnell
Texas Bar No. 24051020
Matthew S. Boyden
Texas Bar No. 24113620
Lawrence D. Finder
Texas Bar No. 07007200
5850 San Felipe, Suite 500
Houston, Texas 77057
Telephone: 713.224.5775
ryan@rmcconnellgroup.com

## CERTIFICATE OF SERVICE

On April 15, 2026, the foregoing was served on all counsel of record via the ECF filing system.

/s/ Ryan D. McConnell
Ryan D. McConnell